IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUFRENIO HERNANDEZ-HERNANDEZ,                    05-CV-404-JE

       Petitioner,                               ORDER

v.

GUY HALL,

       Respondent.


**STEVEN T. WAX**
Federal Public Defender
**BRYAN E. LESSLEY**
Assistant Federal Public Defender
151 W. 7th Avenue
Suite 510
Eugene, OR 97401
(541) 465-6937

       Attorneys for Petitioner

1 - ORDER

**HARDY MYERS**
Attorney General
**DOUGLAS Y.S. PARK**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

      Attorneys for Respondent

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#43) on May 22, 2007, in which he recommended this Court deny the Petition for Writ of Habeas Corpus (#1) and dismiss this matter with prejudice.  Petitioner filed Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  This Court also has reviewed the pertinent

2 - ORDER

portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#43). Accordingly, the Court **DENIES** the Petition for Writ of Habeas Corpus (#1) and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 6th day of July, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER